IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-10-70 |
| FOLASHADE AYOTUNDE ABIMBOLA | § § | |

**O R D E R**

The defendant, Folashade Ayotunde Abumbola, filed an unopposed motion to continue the sentencing hearing. (Docket Entry No. 28). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 13, 2010 at 3:00 p.m.** A list of potential witnesses for the hearing should be provided no later than December 9, 2010.

SIGNED on November 18, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge